STATE OF NEW JERSEY v. JOHN JOSEPH MANZI.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST HICKSON.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. BARON FRANKLIN.

December 10, 1984.

Petition for certification denied.

ACME AMUSEMENTS & CIGARETTE SERVICE, INC. v.
ROBERT J. MARTIN, D/B/A SEAFARER, AND
ROBERT J. MARTIN, INDIVIDUALLY.

December 10, 1984.

Petition for certification denied.